No. 5685. BATTAGLIA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 5686. HURD *v.* HURD. Sup. Jud. Ct. Mass. Certiorari denied.

No. 5688. KING *v.* NEW JERSEY. Super. Ct. N. J. Certiorari denied.

No. 5689. WASHINGTON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 5690. KIRBY *v.* BETO, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 5691. JACKSON *v.* PERINI, CORRECTIONAL SUPERINTENDENT. C. A. 6th Cir. Certiorari denied.

No. 262. CRICHTON *v.* McGEHEE ET AL. Ct. App. La., 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 493. COLLINS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 5499. STRADER *v.* NORTH CAROLINA. Ct. App. N. C. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 586. PENNSYLVANIA *v.* WHITING. Sup. Ct. Pa. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.